# FILED

JUL 1 2 2005

CLERK
United States Bankruptcy Court
San Jose, California

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 97-58070 MM |
| PENREP, INC | ) ) | Chapter 7 |
| | ) | |
| Debtor | ) | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to L and L Services in the total amount of

$19, 773.00 was not cashed within the 90 day limit and an unclaimed money report was entered on

December 13, 2004 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy

Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that L and L Services is now claiming the above monies in the

application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $19,773.00 to the

order of L and L Services, 1051 Apple Court, Holister, CA 95023.

Dated July 12, 2005

_Marilyn Morgan_
UNITED STATES BANKRUPTCY JUDGE

February 7, 2005

Financial Section
United States Bankruptcy Court
P.O. Box 7341
San Francisco, CA. 94120-7341


Larry D. Johns
L & L Services
1051 Apple Court
Hollister, CA. 95023

RE: Case No. 97-58070 L & L Services v. Penrep, Inc.

TO WHOM IT MAY CONCERN:

In or about 1997, I Larry David Johns sold parts to Penrep, Inc. for the sum of 19,773.00 dollars. My invoice was returned unpaid. I was sent a check from the Trustee's Office on behalf of the Debtor's (Penrep, Inc.) around December 2004, and it was sent to my last known business address which was 1725 San Felipe Rd #6, Hollister, CA. 95023. It is now returned to your court as an Unclaimed Dividend. I am filing this on behalf of my company L & L Services now located at 1051 Apple Court, Hollister, CA. 95023, 831-970-9073. I am asking the courts to please file this in a timely manner due to the fact that these funds are very much needed. Thank you for your time in this matter.

Letter to Claim Unclaimed Dividends                    Page 1 of 2

I, Larry David Johns declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of February, 2005.


_____
Larry David Johns/Creditor


STATE OF CALIFORNIA          )
COUNTY OF SAN BENITO     )


On February 7, 2005, before me, Kathleen E. Honholt, personally appeared Larry David Johns personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument the person, or the entity upon behalf of which the person acted, executed the instrument.


_____
Kathleen E. Honholt/ Notary

SEAL

KATHY HONHOLT
Comm. # 1295908
NOTARY PUBLIC · CALIFORNIA
Santa Clara County
Comm. Exp. March 3, 2005


Letter to Claim Unclaimed Dividends

Page 2 of 2

TO WHOM IT MAY CONCERN:

I, Larry David Johns, am the Sole Proprietor of L & L services

located at 1051A Apple Court, Hollister, California 95023. The check may

be made out to L & L Services and sent to 1051A Apple Court, Hollister,

California 95023. I filed claim against Penrep, Inc. for the amount of

$19,773.00 dollars. I declare under the Penalty of Purjury that true and foregoing

is correct.

EXECUTED this 16th day of May, 2005.

_Larry David Johns/L & L Services_

THE STATE OF CALIFORNIA   )
COUNTY OF SAN BENITO      )

On May 16, 2005, before me Kathleen E. Honholt personally appeared
Larry David Johns personally known to me to be the person named in the
subscribed to the within instrument and acknowledged to me that he executed the
same in his authorized capacity, and that by his signature on this instrument the
person, or the entity upon behalf of which the person acted, executed the
instrument.

EXECUTED this 16th day of May, 2005.

Kathleen E. Honholt, NOTARY                    SEAL

State of _California_
County of _San Benito_
Subscribed and sworn (or affirmed) to before
me this __16th__ day of _MAY_ , _2005_

(Signature of Notary)

Jerome E. Robertson, Trustee
129 Fremont Avenue
Los Altos, CA 94022

Telephone: (650) 949-9266
Facsimile: (650) 948-0748

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| IN RE: | **Chapter 7** |
| **Penrep, Inc.** | **97-58070-MM** |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |
| **(Debtors)** | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $20,651.02. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00086 | Maria Pena-Singh<br>POB 5476<br>San Jose, CA 95150-5476 | $640.00 | $436.29 |
| 00087 | Alfredo R Uriarte<br>POB 5476<br>San Jose, CA 95150-5476 | $648.00 | $441.73 |
| 00110 | L and L Services<br>1725 San Felipe Rd. #6<br>Hollister, CA 95023 | $19,773.00 | $19,773.00 |

Total Unclaimed Dividends          $20,651.02

Dated: December 8, 2004

_____
JEROME E. ROBERTSON, TRUSTEE

Case: 97-58070    Doc# 293    Filed: 07/12/05    Entered: 07/14/05 14:16:16    Page 6 of 22

*Unclaimed Dividends - $500 or More, Deposited December 2004*

| Case Number | Debtor | Creditor | | Amount | Date Deposited |
|---|---|---|---|---|---|
| 00-41988 | Lloyd Swasey Jr. | NCO Financial Systems | $ | 627.65 | 12/13/2004 |
| 01-42688 | Discovery Ventures Inc., dba Baking Machines | US Dept of Labor | $ | 2,046.91 | 12/13/2004 |
| 02-43417 | Ronald Joseph Acuna | Irma Rebori c/oWendell, Rosen, Black & Dean | $ | 3,086.87 | 12/13/2004 |
| 97-58070 | Penrep, Inc. | L and L Services | $ | 19,773.00 | 12/13/2004 |
| 98-58595 | Storm Technology, Inc. | Printcom | $ | 571.33 | 12/13/2004 |
| | | Rapid Graphics | $ | 840.60 | 12/13/2004 |
| | | Wylie Electronics, a Calif Corp | $ | 1,551.00 | 12/13/2004 |
| | | Nissei Sangyo America Ltd | $ | 845.87 | 12/13/2004 |
| | | NDA Media | $ | 568.42 | 12/13/2004 |
| | | Color Ad Printers | $ | 759.92 | 12/13/2004 |
| | | KAO Infosystems | $ | 775.51 | 12/13/2004 |
| | | Introspect Systems Inc. | $ | 2,583.56 | 12/13/2004 |
| | | McColl McGregor Ltd | $ | 4,804.34 | 12/13/2004 |
| | | Cumex Electronics | $ | 3,526.97 | 12/13/2004 |
| | | Channel Reps Inc. | $ | 2,609.08 | 12/13/2004 |
| | | Software Buyline Inc. fkaTestDrive Corp | $ | 1,563.96 | 12/13/2004 |
| 01-12752 | Maritza Gama | Ford Motor Credit Co | $ | 11,918.81 | 12/16/2004 |
| | | Ford Motor Credit Co | $ | 768.23 | 12/16/2004 |
| | | Ford Motor Credit Co | $ | 17,822.29 | 12/16/2004 |
| | | Ford Motor Credit Co | $ | 1,148.74 | 12/16/2004 |
| 04-10318 | Steve Bare | Fleet Credit Card Services | $ | 1,575.62 | 12/16/2004 |
| 01-32178 | Done.com | NN Paychex, Inc | $ | 1,750.18 | 12/20/2004 |
| 02-52056 | Ionics Circuits, Inc | COEV, Inc | $ | 63,225.77 | 12/22/2004 |
| 02-42095 | Frank L. Ballif & Michelle D. Ballif | K-2 Corp | $ | 747.19 | 12/28/2004 |
| 02-50781 | Randolph Emlay & Barbara Emlay | New Vision Financial LLC | $ | 935.62 | 12/29/2004 |

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS: That I, Larry David Johns of L & L Services, the undersigned herby make, constitute and appoint Cynthia Lee Honholt-Johns my true and lawful Attorney for me and in my name, place and stead and for my use and benefit:

To ask, demand, sue for recover, collect and receive each and every sum of money, debt, account, legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable) belonging to or claimed by me, and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release therefore, together with the right and power to compromise or compound any claim or demand.

THIS POWER OF ATTORNEY shall become effective on January 31st, 2005, and shall remain effective until March 30th, 2005.

GIVING AND GRANTING unto my said Attorney full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the premises as fully to all intents and purposes as I might or could do if I was personally present, hereby ratifying all that my said Attorney shall be applicable to all real and personal property and interests therein now owned or hereafter acquired by me and wherever situate.

My said Attorney is empowered hereby to determine in her sole discretion the time when, purpose for the manner in which any power herein conferred upon her shall be exercised, and the conditions, provisions and covenants of any instrument or document which may be executed by her pursuant hereto; and in the acquisition or disposition of real or personal property, my said Attorney shall have exclusive power to fix the terms thereof for cash, credit, and/or property, and if on credit with or without security.

EXECUTED on this 31st[th] day of January, 2005.

Larry David Johns

STATE OF CALIFORNIA )
COUNTY OF SAN BENITO )


     ON January 31st, 2005, before me Kathleen E. Honholt personally appeared Larry David Johns personally known to me to be the person name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument the person, or the entity upon behalf of which the person acted, executed the instrument.


EXECUTED this 31st day of January, 2005.



_____
Notary Public Signature                                             SEAL

KATHY HONHOLT
Comm. # 1295908
NOTARY PUBLIC - CALIFORNIA
Santa Clara County
My Comm. Expires March 3, 2005

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | |
| ) | |
| ) | Case No. 97-58070 |
| ) | |
| ) | Chapter 11 |
| Penrep, Inc. ) | |
| Debtor(s) ) | NOTICE OF SERVICE |
| ) | |

Notice is hereby given to the court that on February 7th 2005, a copy of the application, claiming funds on behalf of creditor L & L Services/ Larry David Johns, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, California 94102.

_____
Larry David Johns/Creditor





**Larry Johns**



# L&L SERVICES

Specialists in Process Equipment Service
Refurbishments - Modifications - Repair

1725 San Felipe Road
Suite 6
Hollister, CA 95023

(831) 636-0667
Fax (831) 636-7420
Pager (408) 539-1301

# INVOICE

7201

## L&L SERVICES

1725 San Felipe Road, Suite 6 • Hollister, CA 95023
Phone (831) 636-0667 • Fax (831) 636-7420

| CUSTOMER ORDER NUMBER | |
|---|---|
| SHIP VIA | F.O.B. |
| TERMS | |
| DATE | |

**BILL TO**

**SHIP TO**

| QTY. ORDERED | B/O | QTY. SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL TAXABLE | |
| | | | | SUBTOTAL NON-TAXABLE | |
| Received in good condition. | | | | TAX | |
| X _____ Date _____ SIGNATURE | | | | FREIGHT | |
| *PLEASE PAY FROM THIS INVOICE. WE DO NOT SEND STATEMENTS.* | | | | TOTAL | |

## Thank You

DL 7/99   DISTRIBUTION: WHITE ORIGINAL = ACCOUNTS PAYABLE • WHITE COPY = L&L SERVICE COPY • GOLDENROD = PACKING SLIP

# Washington Mutual

**STATEMENT OF ACCOUNT**

THE FEE FOR EACH OVERDRAWN TRANSACTION,
WHETHER PAID OR RETURNED, IS $22.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL
TELEPHONE BANKING AT 1-800-374-4646.

166,619

EM-E-B1

L & L SERVICES
LARRY D JOHNS
LIVIAN L JOHNS
1051A APPLE CT
HOLLISTER CA 95023-4127

STATEMENT PERIOD:
FROM   05-01-04
THRU   05-31-04

9

VISIT WASHINGTON MUTUAL'S SMALL BUSINESS RESOURCE CENTER ON WAMU.COM!  YOU'LL FIND
UNIQUE ARTICLES THAT WILL HELP YOU GROW AND MANAGE YOUR BUSINESS.  LEARN MORE ABOUT
BUILDING STRATEGIC PARTNERSHIPS, APPLYING FOR PATENTS, FINDING THE RIGHT FUNDING AND MORE.

---

| BUSINESS CHECKING | WASHINGTON MUTUAL BANK, FA | FDIC INSURED |
|---|---|---|

L & L SERVICES
LARRY D JOHNS
LIVIAN L JOHNS

**ACCOUNT NUMBER:** 

Your overdraft limit, as of the statement end
date, was $1,000.00. This may be changed at any
time without notice. Overdrafts are subject to
a per transaction charge. See reverse for more
information.

---

### STATEMENT SUMMARY

| | |
|---|---|
| Beginning Balance | 189.73 |
| Deposits | 925.00 |
| Electronic & Miscellaneous Deposits | 25.00 |
| Card Purchases / ATM Withdrawals | 0.00 |
| Electronic & Miscellaneous Withdrawals | 0.00 |
| Checks | 676.57 |
| Service Fees | 8.00 |
| Ending Balance | 455.16 |

---

## DEPOSITS

| Date | Amount | Description |
|---|---|---|
| 05-14 | 925.00 | CUSTOMER DEPOSIT |
| | $925.00 | 1 Item |

---

## ELECTRONIC & MISCELLANEOUS DEPOSITS

| Date | Amount | Description |
|---|---|---|
| 05-10 | 25.00 | TRANSFER DEPOSIT |
| | $25.00 | 1 Item |

Case: 97-58070   Doc# 293   Filed: 07/12/05   Entered: 07/14/05 14:16:16   Page 14 of 22



# PURCHASE ORDER

THIS PURCHASE ORDER NO. MUST APPEAR ON ALL INVOICES, PACKING LISTS AND CORRESPONDENCE. BILL ADDRESS UNLESS OTHERWISE INSTRUCTED.

**Headway Technologies**
A TOK Group Company
878 S. Hillview Dr.
Milpitas, CA 95035
(408) 934-8300

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 54743 | 05/24/2005 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| NET15 | ORIGINATION | | BEST WAY |
| Buyer: Baltazar,Jay | | Currency Code: | USD |

Vendor: APLL001
L & L Services
1051-A APPLE CT.
Suite # 6
Hollister CA 95023
USA
Fax: 831-636-7420

Ship To: Headway Technologies, Inc.
497 S. Hillview Drive
Milpitas CA 95035
USA

Bill To: 878 S. Hillview Drive
Milpitas CA 95035
USA

Tax Exempt? N    Tax Exempt ID:

| Line-Schd  Item | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1   120224-601 | VALVE 2 STAGE DI WATER | 2.00 | EA | 285.000 | 570.00 | 08/16/2005 |
| | ST MODEL | | | | | |
| | | | | Schedule Total | 570.00 | |

Item Total 800-0019-137                    570.00

REQ#79963

Total PO Amount          570.00

Post-it® Fax Note    7671    Date    # of pages ►

To LARRY    From JAY BALTAZAR

Co./Dept.    Co.

Phone #    Phone # (408)934.5363

Fax # 831-636.7420    Fax # (408)934.5301

INSTRUCTIONS TO VENDOR
IMPORTANT

1. THIS PURCHASE ORDER (a) BECOMES A BINDING CONTRACT ON THE TERMS AND CONDITIONS SET FORTH HEREIN WHEN IT IS ACCEPTED EITHER BY ACKNOWLEDGEMENT OR COMMENCING PERFORMANCE, (b) IS THE ENTIRE CONTRACT AND NO CHANGES ARE BINDING ON BUYER UNLESS EVIDENCED BY THE BUYER'S DULY EXECUTED PURCHASE ORDER CHANGE NOTICE SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
2. THE ABOVE INSTRUCTIONS AND CONDITIONS TOGETHER WITH THE CONDITIONS PRINTED ON THE REVERSE SIDE HEREOF ARE MADE A PART OF THE PURCHASE ORDER. BY ACCEPTANCE OF THIS ORDER, SELLER AGREES TO FURNISH MATERIALS AND/OR SERVICES IN ACCORDANCE WITH ALL SUCH INSTRUCTIONS AND CONDITIONS.
3. DO NOT INSURE SHIPMENTS, SHIP ONLY BY MANNER SPECIFIED ABOVE.

Authorized Signature

SEE OPPOSITE SIDE OF SHEET CONTAINING TERMS AND CONDITIONS

Case: 97-58070   Doc# 293   Filed: 07/12/05   Entered: 07/14/05 14:16:16   Page 15 of 22

# L&L SERVICES

To: _Toni Taylor_     Attn: _____

Fax Number: _(415) 268-2304_

From: _L&L Larry Johns_     Date: _6/3/05_

Number of pages including this cover sheet: _3_

Message: _Hi Toni!_

I'm Sending one P.O.
From This Week. I am Sending M2ys
Bank Statement. I have my Wife
on my Checking Account. Since get
C.O.D. Packages & She will Write 2 Check
Or What happend in Past Wes I got
Sick & No one to Pay C.O.P.'s or bills
If need be I can get you 2 letter
from a Customer

Thank
Larry J.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disseminations, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

P. 1     831 636 7420     l&lservices     Jun 03 05 02:18p

FORM **1040**

Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return** **1999**

(99) IRS Use Only – Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1 – Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____

**Label**

(See instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: Larry    Last name: Johns

If a joint return, spouse's first name and initial: Livian L.    Last name: Johns

Home address (number and street). If you have a P.O. box, see page 18.   Apt. no.
1051 Apple Ct.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.
Hollister, CA 95023

Your social security number: 5511
Spouse's social security number:

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign**
(See page 18.)

|  | Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund. |
|---|---|---|---|
| Do you want $3 to go to this fund? | | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | X | |

**Filing Status**

Check only one box.

| 1 | | Single |
|---|---|---|
| 2 | X | Married filing joint return (even if only one had income) |
| 3 | | Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶ |
| 4 | | Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ |
| 5 | | Qualifying widow(er) with dependent child (year spouse died ▶ 19   ). (See page 18.) |

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b ☒ Spouse
} No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First Name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| David Johns | | Son | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above

d Total number of exemptions claimed .................

Add numbers entered on lines above ▶ 3

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ......... | 7 | 49,059 |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required ......... | 8a | 488 |
| b | **Tax-exempt** interest. DO NOT include on line 8a ..... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required ......... | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) ... | 10 | 442 |
| 11 | Alimony received ........................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ....... | 12 | 13,265 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ........... | 14 | |
| 15a | Total IRA distributions .... 15a | b Taxable amount (see pg. 22) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg. 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ........... | 18 | |
| 19 | Unemployment compensation ................... | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see pg. 24) | 20b | |
| 21 | Other income. ........................... | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 63,254 |

**Adjusted Gross Income**

| 23 | IRA deduction (see page 26) .......... | 23 | | |
|---|---|---|---|---|
| 24 | Student loan interest deduction (see page 26) .. | 24 | | |
| 25 | Medical savings account deduction. Attach Form 8853 ... | 25 | | |
| 26 | Moving expenses. Attach Form 3903 ....... | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE ...... | 27 | 937 | |
| 28 | Self-employed health insurance deduction (see page 28) .. | 28 | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans........ | 29 | | |
| 30 | Penalty on early withdrawal of savings ....... | 30 | | |
| 31a | Alimony paid. b Recipient's SSN ▶ | 31a | | |
| 32 | Add lines 23 through 31a ........... | | | 32 | 937 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ......... ▶ | | | 33 | 62,317 |

KFA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice** see page 54.

Form **1040** (1999)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) . . . . . . . . . . . . . . . . . . | 34 | 62,317 |

**Standard Deduction for Most People:**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600.

35 a Check if:  ☐ **You** were 65 or older,  ☐ Blind;   ☐ **Spouse** was 65 or older,  ☐ Blind.
  Add the number of boxes checked above and enter the total here . . . . . ▶ **35a**

  b If you are married filing separately and your spouse itemizes deductions or you were
  a dual-status alien, see page 30 and check here . . . . . . . . . . . . . . . ▶ **35b** ☐

36 Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction**
  shown on the left. **But** see page 30 to find your standard deduction if you checked
  any box on line 35a or 35b or if someone can claim you as a dependent   **36**   19,153

37 Subtract line 36 from line 34   **37**   43,164

38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d.
  If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter . . . . . . . . . . . **38**   8,250

39 **Taxable income.** Subtract line 38 from line 37.
  If line 38 is more than line 37, enter -0- . . . . . . . . . . . . . . . . . . **39**   34,914

40 **Tax** (see page 31). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972   **40**   5,239

| | | | | |
|---|---|---|---|---|
| | 41 Credit for child and dependent care expenses. Att. Form 2441 . . . . . | 41 | | |
| | 42 Credit for the elderly or the disabled. Attach Schedule R . . . . . . . . | 42 | | |
| | 43 Child tax credit (see page 33). . . . . . . . . . . . . . . . . . | 43 | 500 | |
| | 44 Education credits. Attach Form 8863 . . . . . . . . . . . . . . . | 44 | | |
| | 45 Adoption credit. Attach Form 8839 . . . . . . . . . . . . . . . . | 45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . | 46 | | |
| | 47 Other. Check if from  a ☐ Form 3800  b ☐ Form 8396 | 47 | | |
| | c ☐ Form 8801   d ☐ Form (specify) | | | |

48 Add lines 41 through 47. These are your **total credits** . . . . . . . . . . . . . . . **48**   500

49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- . . . . . . . ▶ **49**   4,739

| | | | |
|---|---|---|---|
| **Other Taxes** | 50 Self-employment tax. Att. Sch. SE . . . . . . . . . . . . . . . . . | 50 | 1,874 |
| | 51 Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . . . | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required . . . | 53 | |
| | 54 Advance earned income credit payments from Forms W–2 . . . . . . . . | 54 | |
| | 55 Household employment taxes. Attach Schedule H . . . . . . . . . . . | 55 | |
| | 56 Add lines 49 through 55. This is your **total tax** . . . . . . . . . . . . ▶ | 56 | 6,613 |

| | | | | |
|---|---|---|---|---|
| **Payments** | 57 Federal income tax withheld from Forms W–2 and 1099 . . . . | 57 | 6,364 | |
| | 58 1999 estimated tax payments and amount applied from 1998 return . | 58 | | |
| | 59 a Earned income credit. Att. Sch. EIC if you have a qualifying child. | 59a | | |
| | b Nontaxable earned income: amt. ▶ | | | |
| | and type ▶ | NO | | |
| | 60 Additional child tax credit. Attach Form 8812 . . . . . . | 60 | | |
| | 61 Amount paid with request for extension to file (see page 48) . . . | 61 | | |
| | 62 Excess social security and RRTA tax withheld (see page 48) . . . | 62 | | |
| | 63 Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 . | 63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** . . . ▶ | 64 | 6,364 | |

| | | | |
|---|---|---|---|
| **Refund** | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** . . . . . | 65 | |
| | 66a Amount of line 65 you want **REFUNDED TO YOU** . . . . . . . . . . . . . . ▶ | 66a | |

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

  b Routing number _____  ▶ c Type: ☐ Checking  ☐ Savings

  d Account number _____

67 Amount of line 65 you want **APPLIED TO 2000 ESTIMATED TAX** ▶   **67**

| | | | |
|---|---|---|---|
| **Amount You Owe** | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49 . . . . . . . . . . . . . . . . . . ▶ | 68 | 249 |
| | 69 Estimated tax penalty. Also include on line 68 . . . . . | 69 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

| ▶ Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | Engineer | |
| ▶ Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |
| | | Homemaker | 636–0667 |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Diane Berreth-Gonzales, E.A. | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | B–G Business Services  P.O. Box 1132  Rathdrum, ID | | EIN | 82-0521234 |
| | | | | ZIP code | 83858 |

Form **1040** (1999)

Case: 97-58070   Doc# 293   Filed: 07/12/05   Entered: 07/14/05 14:16:16   Page 18 of 22

SCHEDULES A&B
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Schedule A – Itemized Deductions**

▶ Attach to Form 1040.     ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1999**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Larry and Livian L. Johns

Your social security number

░░-5511

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-1) | 1 | 1,809 | |
| | 2 Enter amount from Form 1040, line 34 .... **2** | 62,317 | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | 4,674 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 State and local income taxes | 5 | 1,553 | |
| | 6 Real estate taxes (see page A-2) | 6 | 1,187 | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes. List type and amount ▶ | 8 | | |
| | 9 Add lines 5 through 8 | | 9 | 2,740 |
| **Interest You Paid** (See page A-3.) Note: Personal interest is not deductible. | 10 Home mortgage interest and points reported on Form 1098 | 10 | 10,343 | |
| | 11 Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ | 11 | | |
| | 12 Points not reported on Form 1098. See page A-3 | 12 | 1,105 | |
| | 13 Investment interest. Attach Form 4952, if required. (See page A-4) | 13 | | |
| | 14 Add lines 10 through 13 | | 14 | 11,448 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-5. | 15 Gifts by cash or check. If any gift of $250 or more, see pg. A-4 | 15 | 4,965 | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | | |
| | 17 Carryover from prior year | 17 | | |
| | 18 Add lines 15 through 17 | | 18 | 4,965 |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 Unreimbursed employee expenses – job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | |
| | 21 Tax preparation fees | 21 | | |
| | 22 Other expenses – investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 Add lines 20 through 22 | 23 | | |
| | 24 Enter amount from Form 1040, line 34 .... **24** | | | |
| | 25 Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 Other – from list on page A-6. List type and amount ▶ | | 27 | 0 |
| **Total Itemized Deductions** | 28 Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. | | 28 | 19,153 |

KFA  **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule A (Form 1040) 1999

Names(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

**Larry and Livian L. Johns**

Your social security number ~~████~~5511

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Note:** If you had over $400 in taxable interest, you must also complete Part III.

| Part I<br>Interest<br><br>(See page B-1<br>and the<br>instructions for<br>Form 1040,<br>line 8a.)<br><br>**Note:** If you<br>received a Form<br>1099-INT, Form<br>1099-OID, or<br>substitute<br>statement from<br>a brokerage firm,<br>list the firm's<br>name as the<br>payer and enter<br>the total interest<br>shown on that<br>form. | | Amount |
|---|---|---|
| **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| Washington Mutual | | 488 |
| | **1** | |
| **2** Add the amounts on line 1. | **2** | 488 |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815 | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** | 488 |

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

| Part II<br>Ordinary<br>Dividends<br><br>(See page B-1<br>and the<br>instructions for<br>Form 1040,<br>line 9.)<br><br>**Note:** If you<br>received a Form<br>1099-DIV or<br>substitute<br>statement from<br>a brokerage<br>firm, list the<br>firm's name as<br>the payer<br>and enter<br>the ordinary<br>dividends shown<br>on that form. | | Amount |
|---|---|---|
| **5** List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ | | |
| | **5** | |
| **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9 | **6** | 0 |

| Part III<br>Foreign<br>Accounts<br>and<br>Trusts<br><br>(See<br>page B-2.) | You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| | **b** If "Yes," enter the name of foreign country ▶ | | |
| | **8** During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule B (Form 1040) 1999

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065–B.
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 1999

Attachment
Sequence No. 09

Name of proprietor: **Larry Johns**

Social security number (SSN): ██████-5511

**A** Principal business or profession, including product or service (see page C–1)
Computer equipment repair

**B** Enter code from pages C-8 & 9
▶ 811210

**C** Business name. If no separate business name, leave blank.
L & L Services

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 1999? If "No," see page C–2 for limit on losses . . . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 1999, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. **Caution:** If this income was reported to you on Form W–2 and the "Statutory employee" box on that form was checked, see page C–3 and check here . . . . . . . . . . . . . . ▶ ☐ | 1 | 65,669 |
| 2 Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 579 |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 65,090 |
| 4 Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . | 4 | 20,845 |
| 5 **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . | 5 | 44,245 |
| 6 Other income, including Federal and state gasoline or fuel tax credit or refund (see page C–3) . . . . | 6 | |
| 7 **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 44,245 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising . . . . . . . . . . . . | 8 | | 19 Pension and profit-sharing plans . . . . . . . . . . | 19 | |
| 9 Bad debts from sales or services (see page C–3) . . . . . . | 9 | 5,777 | 20 Rent or lease (see page C-4): | | |
| | | | a Vehicles, machinery & equipment . . . . . . . . . . | 20a | 87 |
| 10 Car and truck expenses (see page C–3) . . . . . . | 10 | 8,225 | b Other business property . . . . . . . . . . | 20b | 7,025 |
| 11 Commissions and fees . . . . . . . | 11 | | 21 Repairs and maintenance . . . . . . . | 21 | 375 |
| 12 Depletion . . . . . . . . . | 12 | | 22 Supplies (not included in Part III) . . . . . . . | 22 | 581 |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see page C–3) . . . . . . | 13 | | 23 Taxes and licenses . . . . . . . | 23 | |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel . . . . . . . . . | 24a | |
| | | | b Meals and entertainment . . . . . . . . . . | | |
| 14 Employee benefit programs (other than on line 19) . . . . . | 14 | | c Enter nondeductible amount included on line 24b (see page C–5) . . . . | | |
| 15 Insurance (other than health) . . . . | 15 | 2,067 | d Subtract line 24c from line 24b . . . . . | 24d | |
| 16 Interest: | | | 25 Utilities . . . . . . . . . | 25 | 245 |
| a Mortgage (paid to banks, etc.) . . . | 16a | | 26 Wages (less employment credits) . . . . . . . | 26 | |
| b Other . . . . . . . . . | 16b | 1,846 | 27 Other expenses (from line 48 on page 2) . . . . . | 27 | 1,994 |
| 17 Legal and professional services . . . | 17 | 2,186 | | | |
| 18 Office expense . . . . . . . . . | 18 | 572 | | | |

| | | |
|---|---|---|
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . . . ▶ | 28 | 30,980 |
| 29 Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | 13,265 |
| 30 Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29. | | |

- If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C–6). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you MUST go on to line 32.

| | |
|---|---|
| 31 | 13,265 |

32 If you have a loss, check the box that describes your investment in this activity (see page C–6).

- If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C–6). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach Form 6198.

**32a** ☐ All investment is at risk.
**32b** ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

Schedule C (Form 1040) 1999

KFA

Case: 97-58070   Doc# 293   Filed: 07/12/05   Entered: 07/14/05 14:16:16   Page 21 of 22

| Part III | Cost of Goods Sold | (see page C–6) |

33 Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | 35 | |
| 36 Purchases less cost of items withdrawn for personal use . . . . . . . . . . | 36 | 19,417 |
| 37 Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | 37 | 900 |
| 38 Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 528 |
| 40 Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . | 40 | 20,845 |
| 41 Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . | 42 | 20,845 |

| Part IV | Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C–3 to find out if you must file. |

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

a Business _____   b Commuting _____   c Other _____

45 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . ☐ Yes   ☐ No

46 Was your vehicle available for use during off–duty hours? . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---|
| Bank Charges | 15 |
| Dues & Subscriptions | 125 |
| Licenses & Permits | 120 |
| Miscellaneous | 57 |
| Outside Services | 100 |
| Telephone | 1,577 |
| | |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . 48 | 1,994 |

Case: 97-58070    Doc# 293    Filed: 07/12/05    Entered: 07/14/05 14:16:16    Page 22 of 22